219 F.2d 950
 Harold Eugene ELLIS, Sr., Appellant,
v.
UNITED STATES of America.
 No. 15253.
 United States Court of Appeals, Eighth Circuit.
 Jan. 4, 1955.
 
 Appeal from the United States District Court, Eastern District of Missouri.
 PER CURIAM.
 
 
 1
 Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.
 
 
 2
 Harold Eugene Ellis, Sr., pro se.
 
 
 3
 Harry Richards, U.S. Atty., and Robert C. Tucker, Asst. U.S. Atty., St. Louis, Mo., for appellee.